IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROXANN E. MENARD | § | |
| v. | § | CIVIL ACTION NO. 6:09cv397 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's Unopposed Motion to Remand (document entry #10) be granted and that the above-entitled case be reversed and remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's Motion to Remand (document entry #10) is **GRANTED** and the above-entitled case is reversed and remanded to the Commissioner for further administrative

proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 7th day of May, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**